THE HONORABLE CHRISTOPHER M. ALSTON
Chapter 7
Hearing Date: October 30, 2025
Time: 9:30 a.m.
Location: Seattle, Room 7206
Response Deadline: October 23, 2025

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re<br><br>717 SOUTH MICHIGAN, LLC,<br><br>Non-Debtor. | No. 24-13084-CMA<br><br>DECLARATION OF ADAM C. DOUPÉ IN SUPPORT OF SPECIALLY-APPEARING NON-PARTY BUCHALTER'S OPPOSITION TO MOTION FOR FINDING OF BAD FAITH AGAINST THE PETITIONING CREDITORS' ATTORNEYS |

I, Adam Doupé, declare:

1. I am over the age of eighteen, not a party to the above-captioned matter, and am competent to testify to matters herein. I make this declaration based on my personal knowledge and belief.

2. I am an attorney with the law firm of Buchalter, A Professional Corporation.

3. Buchalter previously represented petitioning creditors Manik Kapoor, Rachna Kumari, and M2M Steel, LLC in the above-captioned case.

4. I was present for the Court's oral ruling in this case on April 2, 2025. A recording of said ruling is available under Dkt. #74.

5. During the April 2, 2025 ruling, the Court stated in part: "based on the Court's observation of the demeanor of the witnesses and review of the evidence, the Court finds that Mr. Bates is not credible on this matter …". The Court's statement can be heard at 8:50-59 in



BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

the hearing recording.

6. During the April 2, 2025 ruling, the Court stated in part: "the Court must conclude that Mr. Bates is not telling the truth." The Court's statement can be heard at 12:47-51 in the hearing recording.

7. During the April 2, 2025 ruling, the Court stated in part: "… further supports the Court's conclusion that Mr. Bates is not credible." The Court's statement can be heard at 16:52-56 in the hearing recording.

8. On May 23, 2025, Buchalter moved to withdraw as attorneys for the petitioning creditors. No opposition was filed or served to the motion to withdraw.

9. Indeed, Movant's counsel was present at the June 20, 2025 hearing on said motion, but did not object to or oppose Buchalter's withdrawal.

10. The Court granted Buchalter's motion to withdraw on June 23, 2025. Thereafter, myself and my colleague Christopher J. Lindemeier no longer received any ECF notifications in this case.

11. Although another Buchalter attorney, Joe Sakay, had previously been registered with the Court's ECF system to receive courtesy ECF notifications, Mr. Sakay never agreed to accept service in this case via ECF, and never appeared in this case.

12. Mr. Sakay removed himself from the ECF courtesy notification list on August 18, 2025.

13. On July 17, 2025, Movant's counsel emailed a copy of Movant's "Motion for Finding of Bad Faith against the Petitioning Creditors and Their Attorneys", and a notice thereof, to myself and Christopher J. Lindemeier. No declarations were emailed.

14. Buchalter has not, nor have any of its attorneys, consented to email service in this case.

15. On July 23, 2025, Buchalter's Seattle office received mailed copies of Movant's "Motion for Finding of Bad Faith against the Petitioning Creditors and Their Attorneys," notice



BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

thereof, and a declaration of Patrick Price. Said mailings were not sent to any Buchalter officer, managing or general agent, or agent authorized by appointment or by law to receive service, and Buchalter has not otherwise consented to mail service in this case.

16. On October 1, 2025, Movant's counsel emailed a copy of the present Motion and the declarations of Brandon Bates and Vishal Mahajan to Buchalter attorneys Adam C. Doupé and Christopher J. Lindemeier. Again, Buchalter has not, nor any of its attorneys, have consented to email service in this case.

17. On October 6, 2025, Buchalter's Seattle office received in the mail the present Motion, its proposed order, an unsigned Bates Declaration, and a Mahajan Declaration with an illegible signature. Said mailings were not sent to any Buchalter officer, managing or general agent, or agent authorized by appointment or by law to receive service, and Buchalter has not otherwise consented to mail service in this case.

18. Attached hereto as **Exhibit A** are true and correct copies of the signature pages of the Bates Declaration and Mahajan Declaration mailed to Buchalter's Seattle office.

19. Although the Mahajan Declaration and Bates Declaration reference alleged waivers of the attorney-client privilege in a purported "Settlement Agreement," Buchalter has not received copies of said "Settlement Agreement" or any other valid waiver of the attorney-client privilege executed by any of Buchalter's former clients in this case.

20. Similarly, Buchalter has not received any evidence that its former clients in this case have consented to Buchalter's disclosure of any information under Rule of Professional Conduct 1.6.

21. The Bates Declaration and Mahajan Declaration contain numerous material falsehoods. However, Buchalter is prohibited by the attorney-client privilege and Rule of Professional Conduct 1.6 from providing any further details.

/ / /

/ / /



BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 23rd day of October 2025 at Seattle, Washington.

By */s/ Adam C. Doupé*
Adam C. Doupé



BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2025, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court. All parties of record registered with the CM/ECF filing system will receive notification of such filing through CM/ECF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 23rd day of October 2025, at Seattle, Washington.

*/s/ Patricia D. Jolley*
Patricia D. Jolley, Paralegal



BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052