Entered on Docket December 4, 2025

Below is the Order of the Court.



Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

___

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Chapter 7 |
|---|---|
| 717 South Michigan LLC, | Case No. 24-13084 |
| | ORDER ON MOTION FOR FINDING OF BAD FAITH AGAINST THE PETITIONING CREDITORS' ATTORNEYS |
| Debtor. | |

This matter came before the Court on the Non-Debtor's Motion for Finding of Bad Faith Against the Petitioning Creditors' Attorneys (the "Motion") [ECF No. 132]. The Court held hearings on the Motion on October 30, 2025, and December 4, 2025, at which it made findings of fact and conclusions of law incorporated by this reference. Accordingly, it is hereby ORDERED as follows:

1. The Motion is DENIED;

ORDER - 1

2. The Notice of Presentation of Order at ECF No. 146 and the Amended Notice of Presentation of Order at ECF No. 147 are DENIED; and

3. The Clerk of the Court shall close this case upon entry of this Order.

/// END OF ORDER ///

ORDER - 2